UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                                  :

UNITED STATES OF AMERICA

                                                                  :        <u>NOTICE OF APPEARANCE</u>

       - v. -

                                                                 :        07 Mag. 417

JIN XUE,

                                                                 :

              Defendant.

                                                                  :
---------------------------------------------------------------x

       PLEASE TAKE NOTICE, that Richard E. Signorelli of the Law Office of Richard E. Signorelli, hereby appears as counsel of record for JIN XUE, the defendant in the above-captioned case.

Dated: March 27, 2007
       New York, New York

                                      LAW OFFICE OF
                                      RICHARD E. SIGNORELLI

                         By:   _____
                                   Richard E. Signorelli (RS-7976)
                                   799 Broadway, Suite 539
                                   New York, NY 10003
                                   Telephone:   212 254 4218
                                   Facsimile:    212 254 1396
                                   rsignorelli@nycLITIGATOR.com℠
                                   www.nycLITIGATOR.com℠