JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

    - v. -                      :     07 Cr. _____ (LAP)

JIN XUE,                         :

        Defendant.           :

- - - - - - - - - - - - - - - - - -x

**07CRIM 700**

    JIN XUE, the above-named defendant, who is accused of having trafficked in counterfeit trademarked goods, in violation of 18 U.S.C. §§ 2320(a) and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Dated:  New York, New York
       July 27, 2007

                                   _____
                                   JIN XUE

                                   _____
                                   RICHARD SIGNORELLI, ESQ.
                                   Counsel for JIN XUE

                                   _____
                                   Witness